UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  *Plaintiff*,<br><br>v.<br><br>THE EQUIVALENT VALUE OF USDT, OR TETHER, AS CURRENTLY ASSOCIATED WITH TETHER WALLET ADDRESS ENDING IN Lbg1, TETHER WALLET ADDRESS ENDING IN XQMR, TETHER WALLET ADDRESS ENDING IN PWrp, TETHER WALLET ADDRESS ENDING IN L7Z8, TETHER WALLET ADDRESS ENDING IN v9fB, TETHER WALLET ADDRESS ENDING IN bjKR, TETHER WALLET ADDRESS ENDING IN 3GXY, TETHER WALLET ADDRESS ENDING IN EpWN, TETHER WALLET ADDRESS ENDING IN KEh3, TETHER WALLET ADDRESS ENDING IN QmYC, TETHER WALLET ADDRESS ENDING IN yweB, and TETHER WALLET ADDRESS ENDING IN LhzQ.<br><br>  *Defendants*.<br><br>[CLAIMANT: TETHER] | No. 3:25-cv-1389 |

## NOTICE OF RELATED CASE

The Government notes that the above matter is related to *U.S. v. Tether Wallet Address Ending In diem, et al.*, 3:25-cv-1384 (VAB). Although the criminal schemes underlying the two cases are different, as set forth in the complaint in this case, the defendant assets in the two cases share a common unhosted Tether wallet. As such, there is an element of commonality between them. Given this commonality, the Court may wish to transfer this case to the District Court Judge handling docket number 3:25-cv-1348.

1

DAVID X. SULLIVAN,
UNITED STATES ATTORNEY

By: /S/ David C. Nelson
David C. Nelson (ct25640)
Assistant U.S. Attorney
157 Church Street, 24th Floor
New Haven, Connecticut 06510
Tel: (203) 821-3700
Fax: (203) 773-5373
David.C.Nelson@usdoj.gov